```
DATE: 2/26/18   AT: 1:29 p.m.      TIME IN COURT: [3 mins.]

BEFORE:    JUDGE JOSEPH F. BIANCO, U.S.D.J.:
           CIVIL CAUSE FOR PRE-MOTION CONFERENCE

DOCKET NUMBER: 2:17-cv-06728-JFB-ARL

TITLE: Berger v. MFI Holding Corporation et al

FTR: 1:29-1:32       COURTROOM DEPUTY: Michele Savona

_____    CASE CALLED.

_____    COUNSEL FOR ALL SIDES PRESENT.
               X (plaintiff) Spencer Sheehan
               X (defendant) August Harvath

_____    CONFERENCE HELD.

_____    DISCOVERY TO BE COMPLETED BY

_____    PARTIES TO COMPLETE
               BY THE NEXT CONFERENCE OR BY

_____    NEXT (TELEPHONE) STATUS CONFERENCE SET FOR

_____    CASE TO BE REFERRED TO MAGISTRATE JUDGE
               FOR

    X          MOTION SHALL BE FILED BY 3/19/18
               OPPOSITION SHALL BE FILED BY 4/9/18
               REPLY SHALL BE FILED BY 4/20/18
               ORAL ARGUMENT SHALL TAKE PLACE 6/6/18 at 1:30 pm

_____    JURY SELECTION SET FOR

_____    JURY TRIAL TO CONTINUE

_____    OTHER
```