**Sheehan & Associates, P.C.**

891 Northern Boulevard, Suite 201, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

December 14, 2018

District Judge Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Berger v. MFI Holding Corp. et al.
Case No. 2:17-cv-06728 (JFB)(ARL)

Dear District Judge Bianco:

     This office represents the plaintiff in the above action. This letter serves as a notice of supplemental authority and attaches a copy of the recent Second Circuit decision in *Mantikas v. Kellogg Co.*, 16-cv-2552, 2017 U.S. Dist. LEXIS 83311 (E.D.N.Y. May 31, 2017) (Dec. 11, 2018). So that plaintiff may not obtain any unfair advantage by notifying the Court, no commentary is provided with respect to any arguments advanced by either party in the above action. Thank you.

     Respectfully submitted,

     /s/ Spencer Sheehan
     Spencer Sheehan

Certificate of Service

I certify that on December 14, 2018, I served the foregoing by electronically filing and/or mailing (first-class mail) same, to the persons or entities indicated below, at their last known address of record (blank where not applicable).

| August Horvath | ☒ CM/ECF | ☐ First-Class Mail |

/s/ Spencer Sheehan
Spencer Sheehan