| | |
|---|---|
| United States District Court<br>Eastern District of New York | 2:17-cv-06728-RRM-ARL |
| Josh Berger, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>             - against -<br><br>Michael Foods, Inc.,<br><br>                        Defendant | Stipulation of Dismissal |

Plaintiffs and defendant jointly stipulate to the dismissal with prejudice of all of plaintiffs' claims against defendant in the above-captioned action.

Each party shall bear its own costs, expenses, and attorney's fees related to this action.

Dated: March 9, 2020

| Sheehan & Associates, P.C. | Foley Hoag LLP |
|---|---|
| /s/Spencer Sheehan | /s/ August T. Horvath |
| Spencer Sheehan<br>505 Northern Blvd Ste 311<br>Great Neck NY 11021-5101<br>Tel: (516) 303-0552<br>spencer@spencersheehan.com<br>E.D.N.Y. # SS-8533<br>S.D.N.Y. # SS-2056 | August T. Horvath<br>1301 6th Ave Fl 25<br>New York NY 10019-6036<br>Tel: (646) 927-5544<br>ahorvath@foleyhoag.com |

2:17-cv-06728-RRM-ARL
United States District Court
Eastern District of New York

Josh Berger, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Michael Foods, Inc.,

Defendant

## Stipulation of Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  March 9, 2020

                                                                  /s/ Spencer Sheehan
                                                                  Spencer Sheehan

Certificate of Service

I certify that on March 9, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan